IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00096-BNB

JOSE ARTURO INOCENCIO ANAYA,
Plaintiff,

v.

FEDERAL DETENTION CENTER, ENGLEWOOD, 9595 W. Quincy Ave., Littleton, CO 80123,
Defendant.

## ORDER OF DISMISSAL

Plaintiff Jose Arturo Inocencio Anaya initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on January 15, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Anaya to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Anaya to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Anaya was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On January 30, 2008, Mr. Anaya submitted a copy of his inmate trust fund account statement to the Court. However, the account statement he submitted is not certified by a prison official as directed and as required pursuant to 28 U.S.C. § 1915(a)(2). Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 26 day of February, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00096-BNB

Jose Arturo Inocencio Anaya
Reg. No. 35145-013
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/26/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk